IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| AMY C. LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 04-2875 M1/P |
| | ) |
| CHRISTIAN BROTHERS UNIVERSITY, | ) |
| STANISLAUS SOBCZYK, TAU KAPPA | ) |
| EPSILON-CBU CHAPTER, INC. and | ) |
| ALEX ARTHUR, | ) |
| | ) |
| Defendants. | ) |

### ORDER SETTING TELEPHONE CONFERENCE

A telephone conference has been set in this case for Tuesday, June 21, 2005, at 8:45 a.m.  Plaintiff's counsel shall initiate the call with all parties on the line.

So ORDERED this 2th day of June, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-6-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:04-CV-02875 was distributed by fax, mail, or direct printing on June 6, 2005 to the parties listed.

---

John D. Kitch
KITCH & AXFORD
2300 Hillsboro Rd.
Ste. 305
Nashville, TN 37212

William T. Winchester
THE LAW OFFICES OF WILLIAM T. WINCHESTER
2600 Poplar Ave.
Ste. 507
Memphis, TN 38112

Stephen W. Vescovo
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Honorable Jon McCalla
US DISTRICT COURT