FILED BY ___ D.C.
SV-6888
05 JUN 22 AM 11:55

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

AMY C. LEWIS,

    Plaintiff,

v.                                          NO. 04-2875-MI / P

CHRISTIAN BROTHERS UNIVERSITY,
STANISLAUS SOBCZYK, TAU KAPPA
EPSILON-CBU CHAPTER, INC. and
ALEX ARTHUR,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS CHRISTIAN BROTHERS UNIVERSITY, STANISLAUS SOBCZYK, AND TAU KAPPA EPSILON – CBU CHAPTER, INC., ONLY

This cause came to be heard on the 21st day of June, 2005, at which time a teleconference was held by the Court with the participation of all parties that had filed an Answer. It appears to the Court that the plaintiff wishes to dismiss this matter with prejudice as to defendants Christian Brothers University, Stanislaus Sobczyk, and Tau Kappa Epsilon – CBU Chapter, Inc., only.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that this cause is dismissed with prejudice as to defendants Christian Brothers University, Stanislaus Sobczyk, and Tau Kappa Epsilon – CBU Chapter, Inc., only.

_____
JUDGE

Date: June 21, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-22-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:04-CV-02875 was distributed by fax, mail, or direct printing on June 22, 2005 to the parties listed.

---

William T. Winchester
THE LAW OFFICES OF WILLIAM T. WINCHESTER
2600 Poplar Ave.
Ste. 507
Memphis, TN 38112

Stephen W. Vescovo
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

John D. Kitch
KITCH & AXFORD
2300 Hillsboro Rd.
Ste. 305
Nashville, TN 37212

Honorable Jon McCalla
US DISTRICT COURT