FILED BY _____ D.C.

UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

05 JUN 22 AM 11:5⌐

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| AMY C. LEWIS, | JUDGMENT IN A CIVIL CASE |
| VS | |
| CHRISTIAN BROTHERS UNIVERSITY, STANISLAUS SOBCZYK, TAU KAPPA EPSILON-CBU CHAPTER, INC. and ALEX ARTHUR. | CASE NO: 04-2875 Ml/P |

This action having been dismissed by the plaintiff:

**IT IS SO ORDERED AND ADJUDGED** that, in accordance with the Order of Dismissal Without Prejudice as to Defendant Alex Arthur, Only and the Order of Dismissal With Prejudice as to Defendants Christian Brothers University, Stanislaus Sobczyk, and Tau Kappa Epsilon – CBU Chapter, Inc., Only, filed June 21, 2005, this case is DISMISSED.

APPROVED:

_____
JON PHIPPS MCCALLA
UNITED STATES DISTRICT COURT

June 21, 2005
_____
Date

THOMAS M. GOULD
_____
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-22-05

26

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:04-CV-02875 was distributed by fax, mail, or direct printing on June 22, 2005 to the parties listed.

---

William T. Winchester
THE LAW OFFICES OF WILLIAM T. WINCHESTER
2600 Poplar Ave.
Ste. 507
Memphis, TN 38112

Stephen W. Vescovo
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

John D. Kitch
KITCH & AXFORD
2300 Hillsboro Rd.
Ste. 305
Nashville, TN 37212

Honorable Jon McCalla
US DISTRICT COURT